COMMONWEALTH of Pennsylvania, Respondent

v.

Christopher SINGLETARY, Petitioner

No. 539 EAL 2016

Supreme Court of Pennsylvania.

May 23, 2017

## ORDER

PER CURIAM

AND NOW, this 23rd day of May, 2017, the Petition for Allowance of Appeal is DENIED.

IN the INTEREST OF: E.V.

Petition of: E.V.

No. 25 EAL 2017

Supreme Court of Pennsylvania.

May 23, 2017

## ORDER

PER CURIAM

AND NOW, this 23rd day of May, 2017, the Petition for Allowance of Appeal is DENIED.

COMMONWEALTH of Pennsylvania, Respondent

v.

Roger Leon BARLOW, Petitioner

No. 910 MAL 2016

Supreme Court of Pennsylvania.

May 23, 2017

## ORDER

PER CURIAM

AND NOW, this 23rd day of May, 2017, the Petition for Allowance of Appeal is DENIED.